Submitted February 1, reversed March 13, 2013

In the Matter of J. U.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent*,

*v.*

J. U.,
*Appellant*.

Jackson County Circuit Court
12566MC; A152136

298 P3d 66

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Cecil A. Reniche-Smith, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of an order committing him as a mentally ill person for a period not to exceed 180 days. ORS 426.130. In his second assignment of error, he contends that the state failed to prove, by clear and convincing evidence, that, as the result of a mental disorder, he is dangerous to himself or others. ORS 426.005(1)(e)(A). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the order should be reversed. We agree, accept the state's concession, and reverse on that basis. Accordingly, we do not address appellant's other assignment of error, in which he argues that the trial court erred in not advising him of all of the potential consequences of the civil commitment proceeding as required by ORS 426.100(1).

Reversed.